United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN A. HOLT,

    Plaintiff,

v.

STEALTH WINDOWS, INC., et al.,

    Defendants.

NO. C03-3901 TEH

<u>ORDER RE: SETTLEMENT AGREEMENT FOR DISBURSEMENT</u>

Defendants Frederick Gilani, Paul Smoot and Anderlini, Finkelstein & Emerick, represented by and through their counsel of record, Paul J. Smoot of Anderlini, Finkelstein, Emerick & Smoot, and Defendants Islam Anxhaku, Josue Ismael Tovar Estudillo, Jhaziel O. Tovar Estudillo, Haniel Tovar Estudillo and Gabriel Salinas represented by their counsel of record William C. Dresser, Esq. of the Law Offices of William C. Dresser, appeared before Magistrate Judge James Larson on May 27, 2005, for a court-ordered mediation. These are the only remaining parties to this action, as all other parties were dismissed by prior orders of this Court.

The parties have reached a settlement agreement among themselves, and the funds being interpled by Brian A. Holt, Bankruptcy Trustee, are to be disbursed as follows: Defendants Frederick Gilani, Paul Smoot and Anderlini, Finkelstein & Emerick (hereinafter collectively referred to as GILANI GROUP) are to receive $62,029.95, and Defendants Islam Anxhaku, Josue Ismael Tovar Estudillo, Jhaziel O. Tovar Estudillo, Haniel Tovar Estudillo and Gabriel

1   Salinas (hereinafter collectively referred to as ANXHAKU GROUP) are to receive

2   $100,000.00.  Any interest that has accrued in excess of the principal amount, $162,029.95,

3   deposited on March 10, 2004, is to be divided equally between the two parties.[1]

4       The drafts shall be made as follows:

5       (1) Frederick Gilani and Paul Smoot for the amount of $62,029.95, plus one-half of the

6   accrued interest, and

7       (2) William Dresser and Islam Anxhaku, Josue Ismael Tovar Estudillo, Jhaziel O. Tovar

8   Estudillo, Haniel Tovar Estudillo and Gabriel Salinas for the amount of  $100,000.00, plus

9   one-half of the accrued interest.

10      Each side, i.e., the GILANI GROUP and the ANXHAKU GROUP, shall bear their own

11  fees and costs.

12      As a condition precedent to settlement, the parties release each other from any claims

13  that arise out of the facts in this action, Case No. C 03-03901 TEH, only.  As a further

14  condition precedent to this settlement and to clarify the release of claims, the parties agree

15  and stipulate they may not use their respective judgments (Frederick Gilani in Denton County,

16  Texas, and William Dresser and his state-court plaintiffs Islam Anxhaku, Josue Ismael Tovar

17  Estudillo, Jhaziel O. Tovar Estudillo, Haniel Tovar Estudillo and Gabriel Salinas in Santa Clara

18  County and Santa Cruz County, California)  in separate state court matters to impair the funds

19  being released by the Court in this matter.

20      Before the parties can receive their disbursements, they must send a fax to the Court's

21  finance department, at (415) 522-4103, that includes the taxpayer identification or Social

22  Security number for which the interest on each disbursement should be reported, as well as the

23  address to which each disbursement should be sent.  The parties' faxes shall reference this case

24  by both case name and case number.  The finance department must have this information to

25  begin processing disbursements, and the weekly deadline for receiving such information is

---

[1] The parties' proposed order erroneously listed the principal amount as $162,027.92. The Court awards the $2.03 difference to the GILANI GROUP because it appears that the intent of the agreement was to award $100,000 to the ANXHAKU GROUP, with the remainder going to the GILANI GROUP.

United States District Court
For the Northern District of California

Tuesday – i.e., information received on Wednesday cannot be processed until the following Tuesday.

**IT IS SO ORDERED.**

DATED   06/15/05                              /s/
                                   THELTON E. HENDERSON, JUDGE
                                   UNITED STATES DISTRICT COURT